FILED

2012 JUL 31 PM 1:47

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

Kristin J. Hilton )
   *Plaintiff,* )
)
) Case No 6:12-CV-1176-ORL-18DAB
vs )
) Judge _____
POLLACK & ROSEN, P.A. )
Joseph F. Rosen, FBN 308781 ) Trial by Jury Demanded
Mark E. Pollack, FBN 175422 )
   *Defendants,* )
)

## ORIGINAL COMPLAINT FOR VIOLATIONS OF THE FDCPA and FCCPA

### JURISDICTION

1. This court has jurisdiction under 15 U.S.C. §1692k(d) and 28 U.S.C §1331.

2. All conditions precedent to the bringing of this action have been performed.

### PARTIES

3. The Plaintiff in this lawsuit is Kristin J. Hilton, a natural person, who resides in Seminole County, Florida.

4. The Defendants in this lawsuit are as follows:

   a. POLLACK & ROSEN, P.A. (hereinafter P&RPA) is a Law Firm located in Coral Gables, Florida whose primary business is debt collection and litigation.

   b. Joseph F. Rosen FBN: 308781 is an attorney and principal of P&RPA.

   c. Mark E. Pollack FBN: 175422 is an attorney and principal of P&RPA.

## VENUE

5. The occurrences which give rise to this action occurred in Seminole County, Florida and Plaintiff resides in Seminole County, Florida.

6. Venue is proper in the Middle District of Florida, Orlando Division.

## GENERAL ALLEGATIONS

7. REDLINE RECOVERY SERVICES, LLC sent the plaintiff a collection notice on January 10, 2011 for a debt alleged to be owed to Discover Products, Inc.

8. Plaintiff sent a dispute and cease and desist from collection and demand for validation of the alleged debt to REDLINE RECOVERY SERVICES, LLC in a letter dated February 6, 2011 sent certfied mail # 7010 0290 0000 6941 2698.

9. Plaintiff did not receive a response from REDLINE RECOVERY SERVICES, LLC.

10. Plaintiff then received a collection notice from P&RPA on November 17, 2011 for an debt alleged to be owed to Discover Bank.

11. Plantiff sent a dispute and cease and desist from collection and demand for validation of the alleged debt to P&RPA in a letter dated December 16,2011 sent certified mail # 7010 0290 0000 6938 5565.

12. Defendant mailed a letter to the Plaintiff dated December 29, 2011 which stated, in part, "a debt collector is not required to provide any of the documents you requested", admitting that they are a debt collector.

13. Defendant then sued the Plaintiff in county court under a civil action summons dated May 21, 2012.

14. Plaintiff sent a letter titled "notice of pending lawsuit" to the Defendants, dated July 2, 2012, sent certified mail #7011 0110 0001 0505 8853, trying to resolve this matter, but did not receive any response from the defendants.

15. Plaintiff sent a follow-up letter to the Defendants, dated July 20, 2012, and sent certified letter # 7011 0110 0001 0505 8860, again trying to resolve this matter, but to no avail.

## Count I

## VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. §1692 BY DEFENDANTS P&RPA, Joseph F. Rosen and Mark E. Pollack

16. Paragraphs 1 through 15 are realleged as though fully set forth herein.

17. Plaintiff is a consumer within the meaning of the FDCPA, 15 U.S.C. §1692a(3).

18. Defendants P&RPA, Joseph F. Rosen, and Mark E. Pollack are debt collectors within the meaning of the FDCPA, 15 U.S.C. §1692a(6).

19. Defendants P&RPA, Joseph F. Rosen, and Mark E. Pollack violated the FDCPA. Defendant's violations include, but are not limited to, the following:

   (a.) Defendants P&RPA, Joseph F. Rosen, and Mark E. Pollack violated 15 U.S.C. §1692e(2) by the false representation of character, amount, or legal status of the debt.

   (b.) Defendants P&RPA, Joseph F. Rosen, and Mark E. Pollack violated 15 U.S.C. §1692e(10) by the use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.

authorized by the agreement creating the debt or permitted by law.

(d.) Defendants P&RPA, Joseph F. Rosen, and Mark E. Pollack violated 15 U.S.C. §1692g(b) by continuing to collect a debt without first to contact Plaintiff, without having first provided validation of the debt, after receiving a written communication from the Plaintiff disputing the debt.

WHEREFORE, Plaintiff demands judgement for damages <u>against each and every Defendant</u> for statutory damages of $1000.00 pursuant to 15 U.S.C. §1692k, any attorney's fees, and costs.

## Count II

### VIOLATION OF FLORIDA CONSUMER COLLECTION PRACTICES ACT (FCCPA), FLA. STAT. §559(Part VI) BY DEFENDANTS P&RPA, Joseph f. Rosen and Mark E. Pollack

20. Paragraphs 1 through 15 are realleged as though fully set forth herein.

21. Plaintiff is a consumer within the meaning of §559.55(2).

22. P&RPA, Joseph F. Rosen and Mark E. Pollack are debt collectors within the meaning of §559.55(6).

23. P&RPA, Joseph F. Rosen and Mark E. Pollack violated §559.72(9) by claiming, attempting or threatening to enforce a debt when such persons knew that the debt was not legitimate.

WHEREFORE, Plaintiff demands judgment for damages <u>against each and every Defendant</u> for statutory damages of $1000.00, pursuant to Fla.Stat. §559.77, any attorney's fees, and costs.

Dated: July 31. 2012

Respectfully Submitted,

*[signature]*

Kristin J. Hilton
106 Clear Lake Circle
Sanford, Florida 32773
321-377-5525
hiltonkristin@yahoo.com