FILED

2012 OCT 12 PM 1:45

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| **KRISTIN J. HILTON**<br>**Plaintiff** | |
| | Case No. 6:12-cv-1176 |
| vs | |
| | Judge G. Kendall Sharp |
| **POLLACK & ROSEN, P.A.**<br>**JOSEPH F. ROSEN**<br>**MARK E. POLLACK**<br>**MELANIE WESEMAN**<br>**JOEL D. LUCOFF**<br>**BRIAN BILODEAU**<br>**Defendants** | Trial by Jury Demanded |

## MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT

The Plaintiff, KRISTIN J. HILTON, respectfully moves this Honorable Court for entry of an order pursuant to Fed. R. Civ. P. 15(a)(2) granting Plaintiff leave to file a Second amended complaint and accepting and filing the proposed Amended Complaint attached herewith. In support of her motion, Plaintiff states as follows:

1. Plaintiff moves the court for leave of court to file her second amended complaint so as to add two new defendants to the complaint. This is the only change made to the first amended complaint.

2. The Plaintiff has not conferred with the defendants because they have not been served, so they have not yet filed an appearance.

WHEREFORE the Plaintiff requests this court grant Plaintiff's motion for leave to file her second amended complaint, a copy of which is annexed hereto.

Respectfully Submitted,

*[signature]*

KRISTIN J. HILTON

106 Clear Lake Circle

Sanford, Florida 32773