UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KRISTIN J. HILTON,

    Plaintiff,

v.                                        Case No. 6:12-cv-1176-Orl-18DAB

POLLACK & ROSEN, P.A., JOSEPH F.
ROSEN, MARK E. POLLACK, MELANIE
WESEMAN,

    Defendants.

## ORDER TO SHOW CAUSE

The defendants, MARK E. POLLACK, POLLACK & ROSEN, P.A. and JOSEPH F. ROSEN, were given fourteen days to respond to an Interested Persons Order (Doc. No. 10) filed October 3, 2012. MARK E. POLLACK, POLLACK & ROSEN, P.A., JOSEPH F. ROSEN have failed to respond and are hereby **ORDERED TO SHOW CAUSE** by written response to be filed within **fourteen** days from the date of this Order why sanctions should not be imposed, to include, but not limited to entry of default, for failure to respond to the Interested Persons Order.

**DONE and ORDERED** in Orlando, Florida this 23 day of October, 2012.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Kristin J. Hilton
106 Clear Lake Circle
Sanford, Fl 32773

Counsel of Record