UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:12-CV-1176-Orl-18DAB

KRISTIN J. HILTON,

    Plaintiff,
vs.

POLLACK & ROSEN, P.A., JOSEPH F.
ROSEN, MARK E. POLLACK, and
MELANIE WESEMAN,

    Defendants.
_____/

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

    Defendants, POLLACK & ROSEN, P.A., JOSEPH F. ROSEN, MARK E. POLLACK, and MELANIE WESEMAN, by and through their undersigned counsel, hereby request an extension of time to respond to Plaintiff's Amended Complaint in this matter or for clarification from the Court. In support thereof, Defendants state as follows:

    1.    Plaintiff filed its Complaint (D.E. #1) on July 31, 2012. Defendants, Pollack & Rosen, P.A. (P&R), Joseph F. Rosen (Rosen), and Mark E. Pollack (Pollack) were served on September 13, 2012 (D.E. ## 15-17).

    2.    Defendants, P&R, Rosen, and Pollack, requested an extension of time (D.E. #9), which was denied as moot as the Plaintiff had filed an Amended Complaint (D.E. #13).

    3.    Plaintiff filed an Amended Complaint (D.E. #11) and included summonses for the Defendants. The docket notes that the summonses were returned to the Plaintiff because no Marshall 285 forms.

4. Plaintiff filed a Motion for Leave to Amend Complaint and attached a proposed Second Amended Complaint (D.E. #14). In her motion, the Plaintiff has stated that the Defendants have not been served.

5. Defendants, P&R, Rosen, and Pollack, are unsure if they have been properly served based on the forms of the original summonses, the Plaintiff attempting to have additional summonses issued against them, and the Plaintiff's statement that the Defendants have not yet been served.

6. The Plaintiff continues to file amended pleadings and the Defendants require additional time to determine if they have been properly served and if they have been properly served require time in which to formulate a cogent response to the Plaintiff's latest valid pleading.

7. The Plaintiff has made no further attempt to obtain proper summonses with Marshall 285 forms.

WHEREFORE, Defendants, P&R, Rosen, and Pollack, respectfully request that a ruling be made to determine if Defendants, P&R, Rosen, and Pollack, have been served, and if so, that they be granted additional time to respond to Plaintiff's Amended or Second Amended Complaint.

Respectfully submitted,

Brian Bilodeau
*Attorney for Defendant*
Fla. Bar No.
800 Douglas Rd., Suite 450
Coral Gables, FL 33134-3189
Tel: 305-448-0006
Fax: 305-569-0101
Brianb@pollackrosen.com

By: ___s/Brian Bilodeau___
      BRIAN BILODEAU

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:12-CV-1176-Orl-18DAB

KRISTIN J. HILTON,

    Plaintiff,

vs.

POLLACK & ROSEN, P.A., JOSEPH F.
ROSEN, MARK E. POLLACK, and
MELANIE WESEMAN,

    Defendants.
_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on October 29, 2012, I filed the foregoing document with the Clerk of Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                  By:    s/Brian Bilodeau
                                                                       BRIAN BILODEAU
                                                                        Fla. Bar No. 632635

**SERVICE LIST**

Kristin J. Hilton
106 Clear Lake Cir.
Sanford, FL 32773
hiltonkristin@yahoo.com

Via transmission of Notices of Electronic Filing generated by CM/ECF