UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:12-CV-1176-GKS-DAB

KRISTIN J. HILTON,

    Plaintiff,
vs.

POLLACK & ROSEN, P.A.,
JOSEPH F. ROSEN, MARK E.
POLLACK, JOEL D. LUCOFF,
MELANIE WESEMAN, and
BRIAN BILODEAU,

    Defendants.
_____/

**DEFENDANTS' RESPONSE TO PLAINTIFF'S
MOTION TO STRIKE MOTION DISMISS**

    Defendants, POLLACK & ROSEN, P.A., JOSEPH F. ROSEN, and MARK E. POLLACK, JOEL D. LUCOFF, and MELANIE WESEMAN, by and through their undersigned counsel, respond to Plaintiff's Motion to Strike Defendant's [sic] Motion to Dismiss as follows:

    1.    Defendants, POLLACK & ROSEN, P.A., JOSEPH F. ROSEN, and MARK E. POLLACK, JOEL D. LUCOFF, and MELANIE WESEMAN, filed their Motion to Dismiss on December 19, 2012. A copy was emailed to the Plaintiff at her email address listed on all of her filings with this Court.

    2.    A hard-copy of the motion was mailed to the Plaintiff on or about December 20, 2012, at her address listed on all of her filings with this Court.

    3.    Defendants further request that this Court require the Plaintiff to accept service at the email address listed on all of her filings with this Court: hiltonkristin@yahoocom.

    4.    While the Plaintiff is not an attorney and is not eligible to receive electronic filings

via this Court's ECM/CF system, she clearly has an email address and is able to accept service via email.

5. The Plaintiff is the one who filed this baseless, frivolous, and harassing action, of which the sole purpose is to attempt to counteract the valid state court action against her. There is no basis for her not to accept service via email which will speed the process of this litigation.

WHEREFORE, Defendant respectfully requests that judgment be entered in its favor.

Respectfully submitted,

Brian Bilodeau
*Attorney for Defendant*
Fla. Bar No. 632635
800 Douglas Rd., Suite 450
Coral Gables, FL 33134-3189
Tel:   305-448-0006
Fax:   305-569-0101
joell@pollackrosen.com


By:   s/Brian Bilodeau
         BRIAN BILODEAU

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:11-CV-00325-JDW/TBM

JESSICA L. LIVINGSTON,

    Plaintiff,

vs.

POLLACK & ROSEN, P.A.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>December 31, 2012</u>, I filed the foregoing document with the Clerk of Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                    s/ Brian Bilodeau
                                                  BRIAN BILODEAU, ESQ.
                                                  Fla. Bar No. 632635

## SERVICE LIST

Kristin J. Hilton
106 Clear Lake Cir.
Sanford, FL 32773
Tel:    321-377-5525


Via U.S. Mail