**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KRISTIN J. HILTON,**

            **Plaintiff,**

**-vs-**                                                      **Case No. 6:12-cv-1176-Orl-18DAB**

**POLLACK & ROSEN, P.A., JOSEPH F.**
**ROSEN, MARK E. POLLACK, MELANIE**
**WESEMAN, BRIAN BILODEAU**

            **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **DEFENDANTS' MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS (Doc. No. 46)**
>
> **FILED:**    **April 4, 2013**
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

According to the motion, Defendants seek an Order granting additional time for *Plaintiff* to respond to the motion to dismiss filed by Defendants (Doc. 45). There is no indication, however, that Plaintiff needs or seeks additional time to respond, nor have Defendants presented any basis sufficient to establish standing to seek relief on behalf of another party. As such, the motion is **denied, without prejudice** to Plaintiff filing her own motion, to the extent she seeks any relief.

**DONE** and **ORDERED** in Orlando, Florida on April 5, 2013.

                                                            *David A. Baker*
                                                DAVID A. BAKER
                          UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties