**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KRISTIN J. HILTON,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　Case No.  **6:12-cv-1176-Orl-18DAB**

**POLLACK & ROSEN, P.A., JOSEPH F.**
**ROSEN, MARK E. POLLACK, MELANIE**
**WESEMAN, BRIAN BILODEAU**

      **Defendants.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **MOTIONS FOR ENTRY OF CLERK DEFAULT (Doc. Nos. 49-53)**
>
> **FILED:**   April 11, 2013
> _____
>
> **THEREON** it is **ORDERED** that the motions are **DENIED**.

Prior to the filing of the instant motions, Defendants filed a motion to dismiss, which is pending (Doc. 45).  While Plaintiff has moved to strike the motion to dismiss, as untimely (Doc. 48), the current state of the docket cannot support entry of a default for failing to appear and defend.  The denial of the motions for default is without prejudice to resolution of the matters raised in the motion to dismiss and motion to strike, pending before the District Judge.

**DONE** and **ORDERED** in Orlando, Florida on April 15, 2013.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties