UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
JUDGE G. KENDALL SHARP

KRISTIN J. HILTON,

    Plaintiff,

-vs-                                      Case No. 6:12-cv-1176-Orl-18DAB

POLLACK & ROSEN, P.A., JOSEPH F.
ROSEN, MARK E. POLLACK, MELANIE
WESEMAN, BRIAN BILODEAU

    Defendants.

## ORDER TO SHOW CAUSE

The Plaintiff is directed to **show cause** by a written response filed within **fourteen days** why this case should not be **dismissed** pursuant to Local Rule 3.10 for lack of prosecution due to the non-filing of a Case Management Report within the time prescribed by Local Rule 3.05(c)(2)(B).

_____
G. KENDALL SHARP
Senior United States District Judge

May 14, 2013

Copies to:

Counsel of record

Kristin J. Hilton
106 Clear Lake Circle
Sanford, Fl 32773