FILED

2013 MAY 31 AM 11: 13

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Kristin J. Hilton
*Plaintiff*,

vs.

POLLACK & ROSEN, P.A.
Joseph, F. Rosen,
Mark E. Pollack,
Melanie Weseman,
Joel D. Lucoff,
and Brian Bilodeau
*Defendants*,

Case No.: 6:12-CV-1176

Judge: G. Kendall Sharp

# PLAINTIFF'S NOTICE TO SHOW CAUSE

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiff, Kristin J. Hilton, files this notice to show cause for why this case should not be dismissed and states the following in support thereof:

1. Plaintiff's filed this action on July 31, 2012.
2. Defendant's filed a motion to dismiss on December 4, 2012 and the motion was granted without prejudice on January 16, 2013.
3. Plaintiff then filed a third amended complaint on January 30, 2013.
4. Defendant's then filed a motion for extension of time on February 13, 2013, which was denied on February 21, 2013.
5. The summon for Brian Bilodeau, up until this point lead counsel, was returned by the Marshall as unexecuted on February 14, 2013.
6. In the denial for extension of time the Magistrate ordered the defendant's to answer the

complaint withih 7 days.

7. Defendants did not file a new motion to dismiss until March 25, 2013.
8. Plaintiff then filed applications for default judgment on all defendants, which were denied.
9. Currently the motion to dismiss and motion to strike defendant's motion to dismiss are in front of the Court for review.
10. Plaintiff incorrectly believed that the motion to dismiss and plaintiff's motion to strike had to be ruled upon prior to conducting the case management report.
11. Plaintiff is pro se and is not as educated as her adversary and hopes this Honorable Court will allow this case to move forward on its merits and will overlook Plaintiff's deficiencies in procedure.
12. Plaintiff has contacted defense counsel and is setting up a conference with counsel to resolve this issue as soon as possible.

WHEREFORE, Plaintiff asks this Court, in the interest of justice, to allow this case to proceed forward to a jury.

CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2013 a copy hereof has been furnished to all parties listed below by US mail:

Melanie Weseman
c/o Pollack & Rosen
806 Douglas Rd., Suite 200
Coral Gables, FL 33134

Dated May 31, 2013

Respectfully Submitted,

Kristin J. Hilton
106 Clear Lake Circle
Sanford FL 32773
321-377-5525
hiltonkristin@yahoo.com